1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   CHRISTINA M. McCALL (CABN 234139)
    Assistant United States Attorney

5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3680
7      Facsimile:  (510) 637-3724
       E-Mail:       Christina.McCall@usdoj.gov

8

9   Attorneys for Plaintiff

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR-09-0827 SBA
                                     )
14         Plaintiff,                )   STIPULATED REQUEST TO SET
                                     )   CHANGE OF PLEA AND SENTENCING
15     v.                            )   ON JUNE 15, 2010 AND TO EXCLUDE
                                     )   TIME UNDER THE SPEEDY TRIAL ACT
16  YVETTE WILSON,                   )
                                     )   Date:        March 23, 2010
17         Defendant.                )   Time:        9:00 a.m.
                                     )   Court:       Hon. Saundra Brown
18                                   )                Armstrong
    _____ )

19

20         The above-captioned matter is set on March 23, 2010 before this Court for change of plea

21  or trial setting.  The parties request that this Court vacate that date and set this matter for change

22  of plea and sentencing on June 15, 2010 at 10:00 a.m., and that the Court exclude time under the

23  Speedy Trial Act between March 23, 2010 and June 15, 2010.

24         The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules

25  of Criminal Procedure and will submit the proposed plea agreement to the Court at the same time

26  as this stipulation.  To allow time for the Court to consider the proposed plea agreement and for

27  the preparation of a pre-plea Presentence Investigation Report by the United States Probation

28  Office, the parties request that this matter be set on June 15, 2010 at 10:00 a.m. for change of

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON JUNE 15, 2010 & TO EXCLUDE TIME
No. CR-09-0827 SBA

1  plea and sentencing (assuming the proposed plea agreement is acceptable to the Court).

2  Defendant agrees that the Court may review the pre-plea Presentence Investigation Report even

3  though he has not yet pleaded guilty.  Since the proposed plea agreement has been submitted to

4  the Court, the parties further stipulate and agree that the time between March 23, 2010 and June

5  15, 2010 should be excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C.

6  § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into

7  by the defendant and the attorney for the government.

8

9  DATED: March 31, 2010

10

11  /s/                                                          /s/

12  CHRISTINA M. McCALL                          NINA WILDER
   Assistant United States Attorney                 Counsel for Yvette Wilson
13  Counsel for United States

14

15

16      The parties jointly requested that status hearing in this matter be vacated and that this

17  matter be set for change of plea and sentencing on June 15, 2010 at 10:00 a.m.  The parties

18  further requested that time be excluded under the Speedy Trial Act between March 23, 2010 and

19  June 15, 2010 to allow time for the Court to consider the proposed plea agreement to be entered

20  into by the defendant and the attorney for the government, and to allow time for the preparation

21  of a pre-plea Presentence Investigation Report by the United States Probation Office.  The

22  defendant agreed that the Court may review the pre-plea Presentence Investigation Report even

23  though the defendant has not yet pleaded guilty.  Good cause appearing therefor, and pursuant to

24  18 U.S.C. § 3161(h)(1)(G),

25      **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on

26  June 15, 2010 at 10:00 a.m., and that time between March 23, 2010 and June 15, 2010 is

27  excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for

28

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON JUNE 15, 2010 & TO EXCLUDE TIME
No. CR-09-0827 SBA

1   consideration by the Court of a proposed plea agreement to be entered into by the defendant and

2   the attorney for the government.

3          **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a

4   Presentence Investigation Report.

5
    DATED:3/23/10                                    _____
6                                                    HON. SAUNDRA BROWN ARMSTRONG
                                                     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON JUNE 15, 2010 & TO EXCLUDE TIME
No. CR-09-0827 SBA