1  Nina Wilder (SBN 100474)
       Law Offices Of
2  WEINBERG & WILDER
   523 Octavia Street
3  San Francisco, CA 94102
   Telephone (415) 431-3472
4  Facsimile   (415) 552-2703

5  Attorneys for Defendant
   YVETTE WILSON.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR 09-00827-1-SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING DATE; [Proposed] ORDER** |
| vs. | ) | Current Date: June 15, 2010 |
| | ) | Time:              9:00 a.m. |
| YVETTE WILSON, | ) | Courtroom:    1, 4th Floor |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned attorneys, that the date for change of plea and sentencing in this matter shall be continued to **July 27, 2010,** at 9:00 a.m.  The continuance is needed to allow adequate time for the presentence investigation and for defense counsel to provide the U.S. Probation Office with all pertinent information so as to prepare effectively for defendant's sentencing.

Time is subject to exclusion under the Speedy Trial Act, Title 18 U.S.C. § § 3161(h)(1)(G) and § 3161(h)(7)(A), (B)(iv) for delay resulting from consideration by the Court of the proposed plea agreement pursuant to Rule 11(c)(1)(C), Federal Rules of Criminal Procedure,   and that granting the continuance is necessary for the effective preparation of defense counsel for plea and sentencing, taking into account due diligence, and that the ends of justice served by the granting of such  continuance outweigh the best interests of the public and

1

the defendant in a speedy trial.

Dated: May 10, 2010

                                    */S/ Christina McCall*
                                    CHRISTINA McCALL
                                    Assistant United States Attorney

Dated: May 10, 2010                */s/ Nina Wilder*
                                    NINA WILDER
                                    Attorneys for Defendant
                                    YVETTE WILSON

**ORDER**

     Pursuant to the stipulation of the parties and good cause having been shown, it is hereby ordered that the change of plea and sentencing hearing in this matter now scheduled for June 15, 2010 is hereby rescheduled to July *27*, 2010, at *10*:00 a.m..

     Time is subject to exclusion under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(1)(G) and 18 U.S.C. § 3161(h)(7)(A), (B)(iv) for delay resulting from consideration by the Court of the proposed plea agreement pursuant to Rule 11(c)(1)(C), Federal Rules of Criminal Procedure, and that granting the continuance is necessary for the effective preparation of defense counsel for plea and sentencing, taking into account due diligence, and that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, time shall be excluded from June 15, 2010 through July *27*, 2010.

Dated:  5/10/10

                                    *Saundra B Armstrong*
                                    HONORABLE SAUNDRA B. ARMSTRONG
                                    United States District Judge