JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINA M. McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
   E-Mail:    Christina.McCall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0827 SBA |
| Plaintiff, | ) ) | STIPULATED REQUEST TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| YVETTE WILSON, ANTHONY HARRIS, JASON HART, | ) ) ) ) | |
| Defendants. | ) ) ) | |

     Pursuant to an order dated August 5, 2010, the above-captioned matter is referred to the magistrate judge to prepare a report and recommendation on the acceptance of the defendants' guilty pleas. After conducting the hearing, the magistrate judge will schedule the matter for acceptance of plea, judgment and sentencing before this Court on September 7, 2010. The parties request that this Court exclude time under the Speedy Trial Act between July 27, 2010 and September 7, 2010.

     The parties have reached agreements pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and submitted the proposed plea agreement to the Court. To allow time for the Court to consider the proposed plea agreement, given the Court's schedule, and in the interest

STIP. REQ. TO SET EXCLUDE TIME
No. CR-09-0827 SBA

of justice, the parties believe that an exclusion of time is appropriate pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendants and the attorney for the government.

DATED: August 10, 2010

/s/_____
CHRISTINA M. McCALL
Assistant United States Attorney
Counsel for United States

/s/_____
NINA WILDER
Counsel for Yvette Wilson

/s/_____
ERIK BABCOCK
Counsel for Anthony Harris

/s/_____
HARRIS TABACK
Counsel for Jason Hart

The parties jointly requested that time be excluded under the Speedy Trial Act between July 27, 2010 and September 7, 2010 to allow time for the Court to consider the proposed plea agreements to be entered into by the defendants and the attorney for the government, in the interest of justice. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

**IT IS HEREBY ORDERED** that this matter is set for acceptance of guilty plea and sentencing on September 7, 2010 at 10:00 a.m., and that time between July 27, 2010 and September 7, 2010 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendants and the attorney for the government.

DATED: __8/20/10_____                     _____
                                               HON. SAUNDRA BROWN ARMSTRONG
                                               United States District Judge

STIP. REQ. TO SET EXCLUDE TIME
No. CR-09-0827 SBA