UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YVETTE WILSON,<br><br>Defendant. | Case No: CR 09-00827-01 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

On August 5, 2010, this Court referred this matter to Magistrate Judge Ryu for a report and recommendation on the acceptance of Defendant's guilty plea. On August 24, 2010, Magistrate Judge Ryu issued a Report and Recommendation in which she recommended that this Court accept Defendant's guilty plea. The Court has received no objection to the Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Ryu's Report and Recommendation (Docket 63) is ACCEPTED and shall become the Order of this Court.

IT IS SO ORDERED.

Dated: 9/7/10

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge